**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00209-CV

### IN THE INTEREST OF L.E.M., A CHILD

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-12693-V

## ORDER

The reporter's record in this case is overdue. By postcard dated May 26, 2016, we notified the Official Court Reporter for the 303rd Judicial Court that the reporter's record was overdue and directed her to file the reporter's record within thirty days. By order dated August 2, 2016, we again notified the court reporter that the reporter's record was overdue. We ordered Official Court Reporter Donna Kindle to file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record within fifteen days. To date, Ms. Kindle has not responded to the Court's order.

Accordingly, this Court again **ORDERS** Court Reporter Donna Kindle to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record. We expressly **CAUTION** Donna Kindle that failure to comply with this order

may result in an order that she not sit as a court reporter until she complies. *We notify appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Dennise Garcia
Presiding Judge
303rd Judicial District Court

Donna Kindle
Official Court Reporter
303rd Judicial District Court

All parties

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE